

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BREANN WATERHOUSE and ROBERT WATERHOUSE, | § | No. 08-21-00124-CV |
| | § | Appeal from the |
| Appellants, | | |
| v. | § | County Court at Law Number 7 |
| FNU GOFIT, | § | of El Paso County, Texas |
| Appellee, | § | (TC# 2021DCV1503) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellants and their sureties, if any, *see* TEX.R.APP.P. 43.5, for performance of the judgment and all costs in this Court, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 24TH DAY OF OCTOBER, 2022.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.